Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Karisma Q. Hogan<br>*Defendant* | )<br>)<br>)   Case No.  1:21-cr-70<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Karisma Q. Hogan,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Maintaining Drug-Involved Premises
Conspiracy to Commit Money Landering
Aiding and Abetting

Date: 04/08/2021

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:  Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 04/08/2021, and the person was arrested on *(date)* 04/26/2021
at *(city and state)*  FLINT, MICHIGAN.

Date: 04/26/2021

*Arresting officer's signature*

AMANDA LEWIS, DUSM
*Printed name and title*